# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2263

Iowa Migrant Movement for Justice, et al.

Appellees

v.

Brenna Bird, in her official capacity as Attorney General of Iowa

Appellant

Kimberly Graham and Zach Herrmann


No: 24-2265

United States of America

Appellee

v.

State of Iowa, et al.

Appellants

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00161-SHL)
(4:24-cv-00162-SHL)

---

**ORDER**

Upon further review of the case file and to ensure timely briefing of the issues in advance of oral argument during the September 2024 session of court, the briefing schedule is revised as follows. Appellants' opening brief, addendum, and appendix are now due July 22, 2024. Appellees' brief is due August 19, 2024, and the reply brief is due September 9, 2024. Extensions of this briefing schedule will not be granted, absent extraordinary circumstances.

July 02, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik