# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Eric H. Wessan |
| **CC:** | Shefali Aurora |
| | Rita N. Bettis Austen |
| | Maxwell A. Baldi |
| | Kuntal Cholera |
| | Nicholas Davis |
| | Stephen Ehrlich |
| | Christopher A. Eiswerth |
| | Michelle R. Lapointe |
| | Jean Lin |
| | Suchita D. Mathur |
| | Leif Eric Overvold |
| | Breanne Alyssa Stoltze |
| | Thomas Dillon Story |
| | Daniel Tenny |
| | Patrick Cannon Valencia |
| | Emma Curtis Winger |
| **FROM:** | Diane N. Sturgeon |
| **DATE:** | July 24, 2024 |
| **RE:** | 24-2263  IA Migrant Movement for Justice, et al v. Brenna Bird |
| | 24-2265  United States v. State of Iowa, et al |

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

  **X**      ORDER OF CONTENTS IS INCORRECT.  See FRAP 28(a)(1)-(10). Standard of Review should be after and/or in Argument. *Please also edit the Table of Contents to reflect this change.*

  **X**      COVER PAGE IS INCORRECT. District court case number is incorrect. *Please use district court case numbers as shown on docket. 4:24cv-00161-SHL and 4:24-cv-00162-SHL is sufficient.*

  **X**      JURISDICTIONAL STATEMENT IS MISSING OR INCOMPLETE.  See FRAP 28(a)(4)(A)-(D).
    **X**    assertion appeal is from final <u>order</u> or other basis for court's jurisdiction.

__X___ REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
  __X___ References to transcript should be to transcript, volume if more than one) and page number(s). (TR., Vol.I, p.____)
  __X___ Please include an explanation for MMJ.R.Doc. and DOJ.R.Doc. citations that includes references to the corresponding district court case numbers. *This can be done in brief or through a footnote.*
  __X___ *References should not be consolidated*
    EXAMPLE:
      INCORRECT: R. Doc. 48, 62, 205
      CORRECT:   R. Doc. 48; R. Doc. 62; R. Doc. 205

***NOTE*** References to the record in civil cases must be made to the Appendix, volume number (if more than one), page number(s) AND the district court docket number, and page number of the document (App.Vol.II _____ R. Doc. _____ , at _____ .)

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.