UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Iowa Migrant Movement for Justice vs. Brenna Bird, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2263 for the following party(s): (please specify)

Immigration Reform Law Institute

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Matt Crapo     s/: Matt Crapo

Firm Name: Immigration Reform Law Institute

Business Address: 25 Massachusetts Ave., N.W., Suite 335

City/State/Zip: Washington, DC 20001

Telephone Number (Area Code): 571-435-3582

Email Address: mcrapo@irli.org

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 7/29/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: