**Maureen W. Gornik**
*Acting Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

| | | |
|---|---|---|
| **TO:** | Emma Curtis Winger | |
| **CC:** | Shefali Aurora | |
| | Rita N. Bettis Austen | |
| | Matt A. Crapo | |
| | Nicholas Davis | |
| | Christopher J. Hajec | |
| | Michelle R. Lapointe | |
| | Suchita D. Mathur | |
| | Breanne Alyssa Stoltze | |
| | Thomas Dillon Story | |
| | Patrick Cannon Valencia | |
| | Eric H. Wessan | |

**FROM:** Diane N. Sturgeon

**DATE:** August 20, 2024

**RE:** 24-2263  IA Migrant Movement for Justice, et al v. Brenna Bird

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

___X___ JURISDICTIONAL STATEMENT IS MISSING OR INCOMPLETE.  See FRAP 28(a)(4)(A)-(D).
   ___X___ assertion appeal is from final <u>order</u> or other basis for court's jurisdiction. *Please state if the appeal is from an order and/pr judgment.*

___X___ REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
   ___X___ References to the Appendix. There are multiple volumes of the appendix. References to the appendix must be made made to the Appendix volume number, page number(s) AND the district court docket number, and page number of the document (App.Vol.II _____ R. Doc. _____ , at _____ .)

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.