No. 24-2263

# In the United States Court of Appeals for the Eighth Circuit

IOWA MIGRANT MOVEMENT FOR JUSTICE, *et al.*,
*Plaintiffs - Appellees*,

v.

BRENNA BIRD, in her official capacity as Attorney General of Iowa,
*Defendant – Appellant*,

KIMBERLY GRAHAM, in her official capacity as Polk County Attorney, and ZACH HERRMANN, in his official capacity as Clayton County Attorney,
*Defendants*.

On Appeal from the United States District Court for the Southern District of Iowa
Case No. 4:24-cv-00161-SHL-SBJ, Honorable Stephen H. Locher, District Judge

## UNOPPOSED MOTION FOR A 14-DAY EXTENSION TO FILE RESPONSE TO PETITION FOR REHEARING EN BANC

Rita Bettis Austen
Shefali Aurora
Thomas Story
ACLU of Iowa Foundation Inc.
505 Fifth Avenue, Ste. 808
Des Moines, IA 50309-2317
Phone: (515) 243-3988
Fax: (515) 243-8506
rita.bettis@aclu-ia.org
shefali.aurora@aclu-ia.org
thomas.story@aclu-ia.org

Emma Winger
Suchita Mathur
Michelle Lapointe
American Immigration Council
1331 G Street, NW, Suite 200
Washington, DC 20005
Phone: (202) 507-7512
ewinger@immcouncil.org
smathur@immcouncil.org
mlapointe@immcouncil.org

*Counsel for Plaintiffs – Appellees*

# MOTION FOR FOURTEEN-DAY EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR REHEARING EN BANC

Pursuant to Federal Rule of Appellate Procedure 26(b), Eighth Circuit Local Rule 27A(a)(14), and Eighth Circuit Internal Operating Procedure IV.D, Plaintiffs-Appellees move this Court for an order extending by fourteen days the deadline for their response to Defendants-Appellants petition for rehearing en banc to December 18, 2025:

1. On November 24, 2025, the Court ordered Appellees to file a response to Appellants' petition for rehearing en banc by December 4, 2025.

2. Due to the upcoming holiday and significant professional obligations for counsel, including another briefing deadline, three upcoming hearings, and hosting and facilitating a conference for over one hundred people next week, additional time is necessary to complete the response.

3. This is Appellees' first request for an extension of time. The Court previously granted Appellants' unopposed motion for a fourteen-day extension of time to submit their petition for rehearing.

4. Appellants consent to this request.

WHEREFORE, Plaintiffs-Appellees respectfully request a fourteen-day extension—up to and including December 18, 2025—to file their response to Appellants' petition for rehearing en banc.

DATED: November 25, 2025            Respectfully submitted,

/s/ Emma Winger
Emma Winger
Michelle Lapointe
Suchita Mathur
AMERICAN IMMIGRATION COUNCIL
2001 L Street N.W., Suite 500
Washington, DC 20036
Phone: (202) 507-7512
ewinger@immcouncil.org
mlapointe@immcouncil.org
smathur@immcouncil.org

Rita Bettis Austen, AT0011558
Shefali Aurora, AT0012874
Thomas Story, AT0013130
ACLU of Iowa Foundation Inc.
505 Fifth Avenue, Ste. 808
Des Moines, IA 50309-2317
Phone: (515) 243-3988
Fax: (515) 243-8506
rita.bettis@aclu-ia.org
shefali.aurora@aclu-ia.org
thomas.story@aclu-ia.org

Spencer Amdur
Cody Wofsy
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
samdur@aclu.org
cwofsy@aclu.org

*For Plaintiffs Iowa Migrant Movement for Justice, Jane Doe, Elizabeth Roe*

2

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27, I certify the following:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27 because it contains 188 words.

2. This motion complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because the brief has been prepared in Times New Roman 14-point font using Microsoft Word for Microsoft Office 365.

Dated: November 25, 2025

*/s/ Emma Winger*
Emma Winger
American Immigration Council
2001 L Street NW, Suite 500
Washington, DC 20036
Phone: (202) 507-7512
ewinger@immcouncil.org

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed with the Clerk using the appellate CM/ECF system on November 25, 2025. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

Dated: November 25, 2025

*/s/ Emma Winger*
Emma Winger
American Immigration Council
2001 L Street NW, Suite 500
Washington, DC 20036
Phone: (202) 507-7512
ewinger@immcouncil.org