# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2263

Iowa Migrant Movement for Justice, et al.

Appellees

v.

Brenna Bird, in her official capacity as Attorney General of Iowa

Appellant

Kimberly Graham and Zach Herrmann

------------------------------

Immigration Reform Law Institute, et al.

Amici on Behalf of Appellant(s)

ASISTA Immigration Assistance, et al.

Amici on Behalf of Appellee(s)

___

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00161-SHL)
___

**ORDER**

The appellees' motion for an extension of time within which to respond to petition for rehearing en banc, is granted to December 18, 2025.

November 26, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler