# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 24-2263

Iowa Migrant Movement for Justice, et al.

Appellees

v.

Brenna Bird, in her official capacity as Attorney General of Iowa

Appellant

Kimberly Graham and Zach Herrmann

------------------------------

Immigration Reform Law Institute, et al.

Amici on Behalf of Appellant(s)

ASISTA Immigration Assistance, et al.

Amici on Behalf of Appellee(s)

___

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00161-SHL)

___

**MANDATE**

In accordance with the opinion and judgment of October 23, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 13, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit